NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICKSBURG NON-PROFIT HOUSING CORP.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5030

---

Appeal from the United States Court of Federal Claims in No. 1:10-cv-00885-NBF, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

EDWARD M. LAVIN, Law Office of Edward M. Lavin, of San Antonio, Texas, argued for plaintiff-appellant.

ANTONIA R. SOARES, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and SCOTT D. AUSTIN, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2014
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court